IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL SAULS                                                                                          PLAINTIFF

                v.                              Civil No. 4:14-cv-04120

MRS. MOORE, Secretary, Miller
County Detention Center; WARDEN
BRAZELL; SOUTHWEST MEDICAL;
and LIEUTENANT ADAMS                                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

       This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable P.K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

       When he filed this case, the Plaintiff was incarcerated in the Miller County Detention Center. Plaintiff was specifically advised that he had an obligation to inform the Court **immediately** of any change in his address (ECF No. 3).

       On March 16, 2015, the Court entered an order (ECF No. 11) directing the Plaintiff to provide a service address for Defendant Southwest Medical. Plaintiff was given until March 31, 2015, to provide this address.

       On March 24, 2015, mail was returned to the Court as undeliverable with a notation that he was no longer incarcerated in the Miller County Detention Center. Court staff obtained the home address Plaintiff had given the detention center when he was booked in (ECF No. 12). All returned mail was sent to the home address. Mail was then returned as undeliverable from the home address with a notation that the Plaintiff was not at this address.

       The Court has no other address for the Plaintiff. Plaintiff has not communicated with the Court

in anyway.  I therefore recommend that the case be dismissed based on Plaintiff's failure to obey an order of the Court and his failure to prosecute.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of April 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE