IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL SAULS                                                                          PLAINTIFF

v.                                         Case No. 4:14-CV-04120

MRS. MOORE; WARDEN BRAZELL; SOUTHWEST
MEDICAL; and LIEUTENANT ADAMS                                      DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of June, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE