IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL SAULS                                                                                    PLAINTIFF

v.                                         Case No. 4:14-CV-04120

MRS. MOORE; WARDEN BRAZELL; SOUTHWEST
MEDICAL; and LIEUTENANT ADAMS                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 10th day of June, 2015.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE